UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JOSHUA LEE WARD, | Civil No. 24-114 (JRT/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| WARDEN KING, | |
| Respondent. | |

---

Joshua Lee Ward, Reg. No. 14946-480, FCI Sandstone, P.O. Box 1000, Sandstone, MN 55072, *pro se* petitioner.

Ana H Voss, Lucas Draisey, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South 4th Street, Suite 600, Minneapolis, MN 55415, for respondent.

United States Magistrate Judge David T. Schultz filed a Report and Recommendation on November 27, 2024. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. The habeas petition (ECF No. 1) is DENIED; and

2. This action is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: January 17, 2025
at Minneapolis, Minnesota.

                                                       s/John R. Tunheim
                                                   JOHN R. TUNHEIM
                                                   United States District Judge